IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

EMMA MARIE MENA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 99, a Motion to Withdraw Document Doc. 98, which is a motion to modify Ms. Mena's conditions of release. The motion to withdraw is granted, and the Clerk is directed to withdraw the motion at Doc. 98.

**DONE AND ORDERED** this _12th_ day of February, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge