IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

EMMA MARIE MENA,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 93, Ms. Mena's motion for travel funds. Previously, the Court granted the motion and directed the U.S. Marshal to arrange and pay for Ms. Mena's flight from Phoenix, AZ, on March 18, 2009, and return flight on March 20, 2009. Doc. 102.  Unfortunately, Ms. Mena did not arrive at the airport in time to catch her flight. Pursuant to 18 U.S.C. § 4285, the Court again finds that the interests of justice would be served by furnishing travel expenses and subsistence expenses to Ms. Mena for the purposes of traveling to Gainesville to meet with their attorney and to appear in Court.  Additionally, the Court again finds that the defendant is financially unable to provide the necessary transportation to appear before the required court on their own.

Accordingly, the Court hereby directs the U.S. Marshal to arrange and pay for, in advance, Ms. Mena's flight from Phoenix, AZ, on March 31, 2009, and return flight on April 2, 2009.  Ms. Mena will be available for travel no earlier than 11:30 a.m. on April 2, 2009.  Ms. Mena is ordered to arrive at the airport on March 31, 2009, at least two hours before her flight is scheduled to depart.  The U.S. Marshal shall also furnish Ms. Mena, in advance, with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance

*Page 2 of 2*

for travel under Section 5702 (a) of Title 5, United States Code.   All of the above expenses shall be paid by the Marshal out of funds authorized by the Attorney General for such expenses. Finally, Ms. Mena is directed to call the U.S. Marshal in Phoenix, AZ, to make arrangements, pick up her per diem check, and fill out the necessary paperwork.

    **DONE AND ORDERED** this   <u>*25th*</u> day of March, 2009

<u>     *s/Maurice M. Paul*     </u>
Maurice M. Paul, Senior District Judge