IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:08-cr-00012-MP-AK

EMMA MARIE MENA,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 136, Amended Motion to Continue Trial by Emma Marie Mena. On April 10, 2009, the Court held a teleconference to discuss the motion. At the teleconference, the Government represented that it is unopposed to the continuance. By filing the motion, Defendant waives her speedy trial rights with regard to the period of continuance. Upon consideration, the motions at 136 is GRANTED, and the trial of Ms. Mena is reset for Tuesday, June 9, 2009.

    **DONE AND ORDERED** this  10th  day of April, 2009

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge