IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX,
EMMA MARIE MENA,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Docs. 157 and 161, motions by defendant Cox and defendant Mena for provision of an investigator at government expense. The appointment of the requested investigator, James Y. Soto, would be for the joint use and purposes of defendants Cox and Mena. Both counsel believe James Y. Soto can accomplish investigative services for both defendants for the maximum amount of $1,800.00. Based on the foregoing, the Court hereby authorizes the hiring of James Y. Soto to perform investigative services to a maximum amount of $1,800.00 for Ms. Mena and Mr. Cox combined.

    **DONE AND ORDERED** this  *12th*  day of May, 2009

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge