THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                          CASE NO. 1:08-cr-00012-MP-AK

EMMA MARIE MENA,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 188,  Motion for Reconsideration of Doc. 186,

Order Denying as Moot Doc. 185, Motion to Authorize Transcription, filed by Emma Marie

Mena.  The motion for reconsideration is denied.

     **DONE AND ORDERED** this  *1st*  day of July, 2009

            *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge