IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX, and
EMMA MENA,

      Defendants.

_____/

# **O R D E R**

This matter came before the Court for an in-court hearing on Wednesday, September 9, 2009.  As stated during the hearing, Ms. Mena's oral motion to transfer this case to Arizona is denied.  Additionally, an all-pending motions hearing is set for October 29, 2009, at 1:30 p.m. Trial remains set for November 3, 2009.

Also, during the hearing, Ms. Mena moved to have the government furnish travel and subsistence expenses for the October 29th hearing.  She also filed a written motion, Doc. 215. Pursuant to 18 U.S.C. § 4285, the Court finds that the interests of justice would be served by furnishing travel expenses and subsistence expenses to Ms. Mena for the purposes of traveling to Gainesville to meet with her attorney and to appear in Court.  Additionally, the Court finds that the defendant is financially unable to provide the necessary transportation to appear before the required court on her own.

Accordingly, the Court hereby directs the U.S. Marshal to arrange and pay for, in advance, Ms. Mena's flight from Phoenix, AZ, so that she arrives in Gainesville, Florida, on or before Thursday, October 22, 2009, and returns to Phoenix, AZ after her court appearances have

concluded, if necessary.  Under 18 U.S.C. § 4285, no reimbursement relating to her son or any other family member can be provided.

The U.S. Marshal shall also furnish Ms. Mena, in advance, with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702 (a) of Title 5, United States Code.   Ms. Mena is directed to call the U.S. Marshal in Phoenix, AZ to make arraignments to pick up her per diem check and fill out some paperwork.

Therefore, Doc. 215 is granted, and all the above expenses shall be paid by the Marshal out of funds authorized by the Attorney General for such expenses.

**DONE AND ORDERED** this  _14th_  day of September, 2009

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge