IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX,
EMMA MENA,

    Defendants.
_____/

**O R D E R**

      This matter is before the Court on Doc. 226, Motion to Continue Trial upon Stipulation, filed by Andrew Cox. An in-court hearing was held on October 7, 2009, in which counsel for Mr. Cox, Ms. Mena and the government participated. As stated in the motion and in the hearing, Mr. Cox and Ms. Mena consent to the motion and thereby waive their speedy trial rights with regard to the period of the continuance. The trial currently set for the trial term of November 3, 2009, is hereby continued and will be reset by separate notice. Additionally, the all pending motions hearing set for October 29, 2009, is continued and will be reset by separate notice. Finally, the order at Doc. 216, directing the government to furnish travel and subsistence expenses associated with that hearing is vacated, and travel and subsistence expenses will be set for the rescheduled hearing by separate order of the Court. A copy of this Order shall be sent to the United States Marshal's service office in Gainesville, Florida.

      **DONE AND ORDERED** this _7th_ day of October, 2009

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge