IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    CASE NO. 1:08-cr-00012-MCR-AK

EMMA MARIE MEÑA,

      Defendant.

_____/

# O R D E R

      This matter came before the Court for a change of plea hearing for Ms. Mena on June 16, 2010.  As stated during the hearing, Ms. Mena shall be permitted to remain at liberty under the same terms and conditions of release previously imposed, and subject to the condition, orally imposed during the hearing, that she will be physically present for her sentencing.

      Also, previously, at Doc. 262, the Court directed the United States Marshal Service to arrange for Ms. Mena's travel to Gainesville.  No return date was selected at the time.  Therefore, the Court now directs the United States Marshal Service to arrange for Ms. Mena's return trip to Arizona for the same reasons stated in Doc. 262.

      **DONE and ORDERED** this 16th day of February, 2010.

                        s/ *M. Casey Rodgers*

                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**